UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ABRAM CLAYTON AND AMY CLAYTON** | * * * | **CIVIL ACTION NO. 20-244** |
| **VERSUS** | * * | **JUDGE: DRELL** |
| **STEEL WAREHOUSE OF TENNESSEE LLC, JOHN DOE AND ABC INSURANCE COMPANY** | * * * | **MAG: PEREZ-MONTES** |

*************************************************************************

### NOTICE OF COMPLIANCE WITH REMOVAL ORDER

Pursuant to 28 U.S.C. §1447(b), the following information is provided:

    A.    A list of all attorneys involved in the case and the parties they represent:

    1.    **Plaintiffs, Abram Clayton and Amy Clayton**
Through Their Counsel of Record
Jason M. Baer
Casey C. Dereus
Joshua A. Stein
BAER LAW, LLC
3000 Kingman Street, Suite 200
Metairie, LA 70006
jbaer@baerlawllc.com
cdereus@panditlaw.com
jstein@panditlaw.com

    2.    **Defendant, Advantage Resourcing America, Inc.**
Through Its Counsel of Record
Roger A. Javier
Thomas F. Dixon
THE JAVIER LAW FIRM, LLC
1340 Poydras Street, Suite 2100
New Orleans, LA 70122
rogerj@javierlawfirm.com

    3.    **Defendant, Steel Warehouse of Tennessee, LLC**
Through Its counsel of record,
Joseph G. Glass #25397
Laura L. Pousson #38871
DUPLASS, ZWAIN, BOURGEOIS, PFISTER,

        WEINSTOCK & BOGART
        3838 N. Causeway Blvd., Suite 2900
        Metairie, Louisiana 70002
        Telephone:   (504) 832-3700
        Facsimile:    (504) 324-0676
        jglass@duplass.com
        lpousson@duplass.com

B.    Copies of all records and proceedings occurring in the State Court prior to Removal, arranged by order of filing date are attached hereto, including the Petition for Damages previously attached to the Notice of Removal on the 24th day of February, 2020.

C.    Certificate of Counsel:

The undersigned counsel hereby certifies that the above constitutes the entire State Court Record as of the day of Removal, February 24, 2020.

D.    No Motions or Exceptions were pending in State Court at the time of Removal.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER, WEINSTOCK & BOGART**

        s/Joseph G. Glass
        _____
        **JOSEPH G. GLASS #25397**
        **LAURA L. POUSSON (#38871)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Facsimile:  (504) 324-0676
        jglass@duplass.com
        lpousson@duplass.com
        **Counsel for Defendant, Steel Warehouse of Tennessee LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on 26th day of February, 2020, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/Joseph G. Glass

_____
**JOSEPH G. GLASS**

02007612-1