UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ABRAM CLAYTON AND** | * | **CIVIL ACTION NO. 20-244** |
| **AMY CLAYTON** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: DRELL** |
| | * | |
| **STEEL WAREHOUSE OF TENNESSEE** | * | |
| **LLC, JOHN DOE AND ABC** | * | **MAG: PEREZ-MONTES** |
| **INSURANCE COMPANY** | * | |

**************************************************************************

**OPPOSITION TO MOTION TO REMAND**

**NOW INTO COURT,** comes Defendant, Steel Warehouse of Tennessee LLC ("Steel Warehouse LLC"), through undersigned counsel, who offers the following facts, law, and argument in support of its Opposition to Plaintiffs' Motion to Remand.

**I. RELEVANT BACKGROUND**

On February 24, 2020, Steel Warehouse LLC filed a Notice of Removal from the 9th JDC based on diversity jurisdiction. R. Doc. 1.  Plaintiffs, Amy and Abram Clayton ("Plaintiffs"), filed their Motion to Remand on March 4, 2020 arguing that Steel Warehouse LLC failed to plead the citizenship of two defendants, Steel Warehouse LLC and Advantage Resourcing America, Inc. ("Advantage Inc."). R. Doc. 10.

Complete diversity exists between Plaintiffs, citizens of Louisiana, and Defendants, citizens of Indiana and Delaware.  Steel Warehouse LLC herein attaches an affidavit setting forth the citizenships of its two members, Lerman Holding Co., Inc. and Lerman Enterprises, LLC.  *See* Affidavit of Gerald F. Lerman, hereto attached as Exhibit "A."  Further, Steel Warehouse LLC attaches an affidavit setting forth Advantage Inc.'s place of organization and principal place of business.  *See* Affidavit of Joseph G. Glass, attached hereto as Exhibit "B."  As such, Steel

Warehouse LLC successfully pleads diversity of citizenship and the Motion to Remand should be denied.

## II. APPLICABLE LAW AND ARGUMENT

This Court has federal diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because: (1) the requisite diversity of citizenship exists between Plaintiffs and Defendants, and (2) the amount in controversy exceeds $75,000.00, exclusive of interest and costs. As pleaded in the Petition, Plaintiffs are domiciled in the State of Louisiana. R. Doc. 1, Exhibit "A" at ¶ 1. Steel Warehouse LLC is a limited liability company with the citizenship of Indiana. Advantage Inc. is a corporation with the citizenship of Delaware. Diversity of citizenship exists between Plaintiffs and Defendants and the amount in controversy undisputedly exceeds the requisite amount.

**A. Defendant Steel Warehouse of Tennessee, LLC is not a citizen of the State of Louisiana.**

The citizenship of a limited liability company or partnership is determined by the citizenship of each of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079–80 (5th Cir. 2008). *Halehay Planting Co. v. Dodson*, CV 19-0187, 2019 WL 1474788, at *1 (W.D. La. Mar. 19, 2019), *report and recommendation adopted*, CV 19-0187, 2019 WL 1474776 (W.D. La. Apr. 3, 2019).

The affidavit of Gerald F. Lerman, the Vice President of Steel Warehouse of Tennessee, LLC, states that Steel Warehouse LLC was, and remains, a limited liability company domiciled in the State of Tennessee with its principal place of business in the State of Tennessee. *See* Exhibit A at ¶¶ 2 - 4. The members of Steel Warehouse LLC are Lerman Holding Co., Inc. and Lerman Enterprises, LLC. *Id.* at ¶ 5. Lerman Holding Co., Inc. is a State of Indiana Corporation with its principal place of business in the State of Indiana. *Id.* at ¶ 6. Lerman Enterprises is a

limited liability company domiciled in the State of Louisiana with its principal place of business in the State of Indiana. *Id.* at ¶ 7-8.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, members of Lerman Enterprises LLC were, and remain, fifty-eight (58) individuals. *Id.* at ¶ 10. The list attached to Lerman's affidavit contains the names and states of domicile of each member of Lerman Enterprises LLC both at the time of filing of Plaintiff's Complaint and at the time of Removal. *Id.* at ¶ 12. This list of fifty-eight (58) individuals includes each member's state of citizenship, none of which are the State of Louisiana. *Id.*

Accordingly, there is complete diversity between Plaintiffs and Defendant, Steel Warehouse of Tennessee LLC.

**B.  Defendant Advantage Resourcing America, Inc. is a citizen of the State of Delaware.**

Under federal law, a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business. 28 U.S.C.A. § 1332(c)(1); *see EnVen Energy Ventures, LLC v. Gemini Ins. Co.*, No. 6:17-CV-01573, 2018 WL 1702542, at *2 (W.D. La. Apr. 6, 2018). Plaintiff in Intervention, Advantage Resourcing America, Inc., is incorporated as a Delaware corporation and has its principal place of business in the state of Delaware. *See* Exhibit B. Accordingly, there is complete diversity between Plaintiffs and Defendant, Advantage Inc.

Because Plaintiffs and Defendants are citizens of different states, complete diversity exists in this action and Plaintiffs' Motion to Remand should be denied.

### III.  CONCLUSION

Defendants Steel Warehouse of Tennessee, LLC and Advantage Resourcing America, Inc. are not citizens of Louisiana, and thus, are completely diverse from Plaintiffs and removal is

proper. Because it is apparent on its face that more than $75,000 is at stake in this litigation, Plaintiffs' Motion to Remand should be denied.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, WEINSTOCK & BOGART**

s/Joseph G. Glass

_____
**JOSEPH G. GLASS (#25397)
LAURA L. POUSSON (#38871)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile:  (504) 324-0676
jglass@duplass.com
lpousson@duplass.com
**Counsel for Defendant, Steel Warehouse of Tennessee, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on 6th day of March, 2020, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/Joseph G. Glass

_____
**JOSEPH G. GLASS**
