## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ABRAM CLAYTON AND** | * | **CIVIL ACTION NO. 20-244** |
| **AMY CLAYTON** | * | |
| | * | |
| **VERSUS** | * | **JUDGE: DRELL** |
| | * | |
| **STEEL WAREHOUSE OF TENNESSEE** | * | |
| **LLC, JOHN DOE AND ABC** | * | **MAG: PEREZ-MONTES** |
| **INSURANCE COMPANY** | * | |

*******************************************************************

### AFFIDAVIT OF GERALD F. LERMAN

**STATE OF INDIANA**

**COUNTY OF ST. JOSEPH**

    **BEFORE ME,** the undersigned authority, a Notary Public, duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared,

### GERALD F. LERMAN

    Who, after being duly sworn, did depose and state as follows:

1.

    I am over 18 years of age and am competent to testify as to the matters contained herein.

2.

    I am employed as the Vice President and Secretary of Steel Warehouse of Tennessee LLC and I have personal knowledge of the facts set forth in this Affidavit, and, if called as a witness, I would testify competently thereto.

3.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, Steel Warehouse of Tennessee LLC was, and remains, a limited liability company domiciled in the State of Tennessee.

4.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, Steel Warehouse of Tennessee LLC's principal place of business was, and remains, in the State of Tennessee.

5.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, the members of Steel Warehouse of Tennessee LLC were, and remain, Lerman Holding Co. Inc. and Lerman Enterprises LLC.

6.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, Lerman Holding Co. Inc. was, and remains, a State of Indiana Corporation.

7.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, Lerman Holding Co. Inc. had, and has, its principal place of business in the State of Indiana.

8.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, Lerman Enterprises LLC was, and remains, a limited liability company domiciled in the State of Indiana.

9.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, Lerman Enterprises LLC had, and has, its principal place of business in the State of Indiana.

10.

Both at the time of filing of Plaintiffs' Complaint and at the time of Removal, members of Lerman Enterprises LLC were, and remain, fifty-eight (58) individuals.

12.

The list attached as Exhibit "1" contains the names and states of domicile of each member of Lerman Enterprises LLC both at the time of filing of Plaintiff's Complaint and at the time of Removal.

*Gerald F. Lerman*
**GERALD F. LERMAN**

SWORN TO AND SUBSCRIBED
BEFORE ME ON THIS 5th DAY OF
March, 2020.

*Jody Rush*
Notary Public  Jody Rush
My Commission Expires: 3-17-24

JODY RUSH
Seal
Notary Public - State of Indiana
St Joseph County
My Commission Expires Mar 17, 2024

**Members of LH/LE**

| Family Member | | State |
|---|---|---|
| Menucha | Berzansky | NJ |
| Leora | Bornstein | NY |
| Yaffa | Celnik | NJ |
| Sarah | Cohen | NY |
| Chana | Dershowitz | NJ |
| Adina | Deutsch | NJ |
| Shoshana | Geretz | OH |
| Sheila | Glenner | IN |
| Rena | Gurvitz | OH |
| Aviva | Hershberg | IN |
| Sarah Rivka | Hirschmann | OH |
| Rachel Nechama | Janowski | FL |
| Zahava | Kahan | NJ |
| Yael | Kibel | OH |
| Aaron | Lerman | MD |
| Abraham | Lerman | NJ |
| Alice | Lerman | IN |
| Aliza | Lerman | NY |
| Alona | Lerman | ISRAEL |
| Aryeh Leib | Lerman | NJ |
| Atara | Lerman | IN |
| Avraham | Lerman | NJ |
| Ben | Lerman | IN |
| Daniel | Lerman | IN |
| Don | Lerman | IN |
| Dov | Lerman | NJ |
| Ilana | Lerman | NY |
| Jay | Lerman | NY |
| Joseph | Lerman | OH |
| Joshua | Lerman | NJ |
| Manuel | Lerman | NJ |
| Marc | Lerman | IN |
| Maya | Lerman | DC |
| Moshe | Lerman | NJ |
| Nathan | Lerman | MI |
| Nesanel | Lerman | NY |
| Noach | Lerman | NJ |
| Noach A. | Lerman | NY |
| Reuven | Lerman | IN |
| Robert | Lerman | MD |
| Sally | Lerman | IL |
| Sara Leah | Lerman | IN |
| Sheldon | Lerman | NY |
| Shlomo | Lerman | IN |
| Shraga | Lerman | IN |
| Ted | Lerman | IN |

| | | |
|---|---|---|
| William | Lerman | IN |
| Yisrael | Lerman | NJ |
| Miriam | Lichter | NJ |
| Ayelet | Litwin | NY |
| Meira | Pollack | IN |
| Gila | Rosenbaum | NY |
| Naomi | Rosenman | IN |
| Dalya | Slomnicki | NJ |
| Deborah | Weinberger | NY |
| Mechal | Wojtalik | IN |
| Shira | Zeiger | IN |
| Chana | Zentman | NJ |