UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABRAM CLAYTON AND AMY CLAYTON,<br>Plaintiffs | CIVIL ACTION NO. 1:20-CV-00244 |
| VERSUS | JUDGE DRELL |
| STEEL WAREHOUSE OF TENNESSEE, L.L.C, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Claytons's Motion to Remand (ECF No. 10) is GRANTED for lack of jurisdiction.

IT IS FURTHER ORDERED that this case be REMANDED to the Ninth Judicial District Court, Rapides Parish, Louisiana.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 13th day of July, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT